IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>Jerry Cooper<br><br>           Defendant. | CASE NO. 8:20CR00004<br><br><br>ORDER |

This matter is before the Court for sentencing. The Court intends to include the following provision in its Judgment in this case:

The defendant shall reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

IT IS SO ORDERED.

DATED October 18, 2021

BY THE COURT:

Susan M. Bazis
**United States Magistrate Judge**