IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JERRY COOPER,<br><br>                  Defendant. | 8:20CR4<br><br>ORDER |

      This matter was before the court for an initial appearance on a Petition for Warrant for Offender Under Supervision. (Filing. No. 77.) The defendant's attorney made an oral motion for the defendant Jerry Cooper (Cooper), to be evaluated to determine mental competency pursuant to 18 U.S.C. § 4241. The government had no objection to the motion. Based on the comments made at the hearing and the review of the docket, the court finds that the request for a mental competency examination will be granted.

      **IT IS ORDERED:**

      1. Defendant Cooper's oral motion for a mental competency examination is granted.

      2. Pursuant to 18 U.S.C. § 4241, Cooper is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether Cooper is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

      3. A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

      4. Upon receipt by the court and counsel of the examination report, a hearing pursuant to 18 U.S.C. § 4247(d) shall be promptly scheduled to determine the competency of Cooper to stand trial in this matter.

      Dated this 2nd day of January, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge